**UNITED STATES DISTRICT COURT** FILED
**SOUTHERN DISTRICT OF CALIFORNIA** 12 JUL -2 AM 8:08

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **11CR2339-JLS** |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JUAN GABRIEL URZUA-BELTRAN (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

X\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_ of the offense(s) as charged in the Indictment/Information:

8 USC 1326 DEPORTED ALIEN FOUND IN THE UNITED STATES

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 29, 2012

JANIS L. SAMMARTINO
U.S. District Judge